NO. 07-11-0181-CV
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 MAY 23, 2011
 ______________________________

 JIMMY DOUGLAS AND BRAD DOUGLAS, INDIVIDUALLY AND
 D/B/A DOUGLAS GENERAL CONSTRUCTION, JIMMY DOUGLAS
 CONSTRUCTION, AND/OR DOUGLAS CONSTRUCTION AND
 DOUGLAS GENERAL CONSTRUCTION, INC.,
 
 Appellants
 V.
 
 STARDUST LAND & CATTLE, LTD., F/K/A CABELLERO
 CREEK, LTD. AND ROBERT A. SHAW,
 
 Appellees
 ______________________________

 FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2010-550,480; HONORABLE WILLIAM C. SOWDER, PRESIDING
 _____________________________

 ORDER DISMISSING APPEAL
 _____________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
Appellants have filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.
 Brian Quinn
 Chief Justice